IN THE WESTERN DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., BRIAN BUCHANAN | Civil Action |
| | No. 07-0971 |
| Plaintiff, | Judge McVerry |
| v. | |
| SOUTH UNIVERSITY ONLINE and EDUCATION MANAGEMENT CORPORATION, | |
| Defendants. | |

**STIPULATION FOR DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1), Relator, Brian Buchanan, and Defendants, South University Online and Education Management Corporation (EDMC), stipulate to the dismissal of this matter with prejudice.

This dismissal is without prejudice as to the United States. The parties have obtained the consent of the United States prior to filing this Stipulation for Dismissal.

In addition, the parties agree that each party shall bear its own costs and attorneys fees and will not seek recovery of these amounts from the other party.

Respectfully submitted:

| | |
|---|---|
| **GIBSON DUNN & CRUTCHER LLP** | **SAMUEL J. CORDES & ASSOCIATES** |
| /s/ Timothy J. Hatch | /s/ Christine T. Elzer |
| Timothy J. Hatch, *pro hac vice* | Samuel J. Cordes |
| CA 165369 | Christine T. Elzer |
| | |
| 333 South Grand Avenue | Pa. I.D. 54874 (Cordes) |
| Los Angeles, CA 90071-3197 | Pa. I.D. 208157 (Elzer) |
| (213) 229-7000 | |
| | 245 Fort Pitt Blvd. |
| | Pittsburgh, PA 15222 |
| | (412) 471-8500 |
| | |
| Attorneys for Defendants, | Attorneys for Relator, |
| South University Online and | Brian Buchanan |
| Education Management Corporation | |